JACK REDMOND, Respondent, *v.* COLUMBIA PICTURES CORPORATION, Appellant

Argued March 9, 1938; decided April 12, 1938.

*Louis D. Frohlich, Herman Finkelstein* and *Irving Moross* for appellant.

*William Weisman, Norman Laidhold, Bernard Krosney* and *Bernard L. Baskin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.